IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Serron D. Grizzard,          :

    Plaintiff,            :

  v.                         :     Case No. 2:09-cv-727

Michael J. Astrue,           :     JUDGE HOLSCHUH
Commissioner of Social
Security,                    :

    Defendant.            :

ORDER

This social security disability case is before the Court to consider a Report and Recommendation which was filed on January 26, 2010. That Report recommended that the case be dismissed because plaintiff Serron D. Grizzard has never filed a statement of errors despite being given several opportunities to do so. Mr. Grizzard has not objected to the Report and Recommendation and the time for doing so has expired.

As the Report and Recommendation explained,

> Mr. Grizzard did not file a statement of errors by December 4, 2009, when it was originally due. After the Court pointed this out in an order filed on December 18, 2009, Mr. Grizzard filed an objection to that order in which he said that he had not been told until December 17, 2009 that the transcript had been filed and that he did not get a copy of it until that date. He asked for more time to file his statement of errors. The Court granted that request and set a new date of January 21, 2010 for filing a statement of errors. That order was mailed to Mr. Grizzard. Mr. Grizzard did not object to the date for filing his statement of errors, but he also did not file anything by that date.
>     The Court cannot make a ruling in this case unless Mr. Grizzard explains, in his statement of errors, what

he thinks is wrong with the administrative decision and
until the Commissioner has had a chance to respond.  If
Mr. Grizzard does not want to file a statement of
errors, the Court has no choice but to dismiss the
case.  At this point, the Court can only conclude that
Mr. Grizzard does not wish to pursue his claim.
Consequently, the Magistrate Judge recommends that the
case be dismissed.

Report and Recommendation, Doc. #21.

The Court agrees that Mr. Grizzard has been given an ample opportunity to file a statement of errors and that without his statement of errors, the Court cannot grant him any relief. Therefore, the Report and Recommendation (#21) is **ADOPTED**.  This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED**.

Date: February 17, 2010				**/s/ John D. Holschuh**
						John D. Holschuh, Judge
						United States District Court